

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 18, 2022

**By E-Mail**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:** *United States v. Christian Lino Vasquez*, **22 Mag. 8093**

Dear Judge McCarthy:

In light of the arrest of the defendant this morning in the above-referenced case, the Government respectfully requests that the complaint be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Timothy Ly
Assistant United States Attorney
(914) 993-1910

APPLICATION GRANTED

*Judith C. McCarthy* 10-18-22
Hon. Judith C. McCarthy